Steven K. Parness- ID #027111993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
mailbox@methwerb.com
Attorneys for Twenty One Hundred, LLC
and Paswin, LLC
Our File No. 86990 SKP

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., A NEW JERSEY NON-PROFIT CORPORATION AND RONALD MOORE, INDIVIDUALLY<br><br>Plaintiffs,<br><br>V.<br><br>TWENTY ONE HUNDRED, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY; AND PASWIN LLC, A NEW JERSEY LIMITED LIABILITY COMPANY<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 3:18-CV-15052-MAS-TJB<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs The Independence Project and Ronald Moore (collectively "Plaintiffs") hereby dismiss by way of this stipulation of dismissal any and all claims raised by them against Defendants Twenty One Hundred, LLC and Paswin LLC (collectively "Defendants"), said claims being dismissed with prejudice and without costs or attorney's fees against any party.

| | |
|---|---|
| **BRAFF, HARRIS, SUKONECK & MALOOF** | **METHFESSEL & WERBEL, ESQs** |
| Attorney for Plaintiffs | Attorneys for Defendants |

_____  _____
KEITH HARRIS, ESQ.              STEVEN K. PARNESS, ESQ.

DATED:                          DATED:   9/23/19